McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNA WAHBI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL R. POMPEO, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:19-CV-1901 MCE EFB<br><br>STIPULATION AND ORDER |

Defendants request an additional 30 days in which to respond to the Complaint and Plaintiffs do not oppose. Accordingly, the parties stipulate that the new answer date will be December 23, 2019.

Dated: November 20, 2019　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　/s/ AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　/s/ DAVID STURMAN
　　　　　　　　　　　　　　　　　　David Sturman
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

ORDER

Pursuant to the stipulation of the parties, the new deadline to file an answer will be December 23, 2019.

IT IS SO ORDERED.

Dated: November 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE