1 McGREGOR W. SCOTT
United States Attorney
2 AUDREY B. HEMESATH
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNA WAHBI, | CASE NO. 2:19-CV-1901 MCE EFB |
| Plaintiff, | SECOND STIPULATION AND ORDER |
| v. | |
| MICHAEL R. POMPEO, et al., | |
| Defendants. | |

Defendants request an additional 45 days in which to respond to the Complaint and Plaintiffs do not oppose. Accordingly, the parties stipulate that the new answer date will be February 7, 2020.

Dated: December 19, 2019
McGREGOR W. SCOTT
United States Attorney

By: /s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney

/s/ DAVID STURMAN
David Sturman
Attorney for Plaintiff

1

ORDER

Pursuant to the stipulation of the parties, the new deadline for Defendants to respond to the Complaint is February 7, 2020.

IT IS SO ORDERED.

Dated: January 6, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE